Babak Hashemi, Esq. (State Bar No. 263494)
**HASHEMI LAW FIRM, APC.**
26100 Towne Centre Dr.
Foothill Ranch, CA 92610
(949) 464-8529 Phone
(949) 259-4548 Fax
BHashemi@TheHashemiLawFirm.com

Attorneys for Plaintiff, MATTHEW KEITH SULLIVAN and MKS SPECIALTY FINISHES INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KEITH SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY et al,<br><br>Defendants. | **Case: 5:25-cv-01917-DMG-JPR**<br><br>**Judge: Hon. Dolly M. Gee**<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD: Plaintiffs MATTHEW KEITH SULLIVAN and MKS SPECIALTY FINISHES INC with Defendant FORD MOTOR COMPANY et al, (collectively the "Parties") have reached a settlement in this matter by way of Plaintiffs' acceptance of FORD MOTOR COMPANY's offer pursuant to Federal Rules of Civil Procedure, Rule 68, a true and correct copy of which is attached hereto as Exhibit "A".[1]

As part of this Offer, Plaintiffs retain the right to petition the Court for an award of attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d) following completion of terms contained within Rule 68 offer.

---

[1] Defendant agreed to extend Plaintiffs' deadline to accept the Rule 68 offer.

Parties are currently engaged and cooperatively working to consummate the terms of the accepted offer.

Plaintiffs respectfully requests that the Court stay all proceedings, pending final performance of the terms contained in the Rule 68 offer and allow Plaintiffs to petition the Court for an award of fees, costs and expenses if no resolution is reached on this subject.

Respectfully Submitted.

Dated: October 27, 2025              **HASHEMI LAW FIRM, APC.**

                                     By: /s/ *Babak Hashemi*
                                     Babak Hashemi, Esq.
                                     Attorney for Plaintiffs

# EXHIBIT "A"

1  Elizabeth V. McNulty (SBN 192455)
   emcnulty@efsmmlaw.com
2  Christine Diaz Reynolds (SBN 265566)
   creynolds@efsmmlaw.com
3  Samantha M. Geraghty (SBN 345646)
   sgeraghty@efsmmlaw.com
4  EVANS FEARS SCHUTTERT MCNULTY MICKUS
   1 Park Plaza, Suite 500
5  Irvine, CA 92614
   Telephone: (949) 484-7488
6  Facsimile: (949) 966-0706
   E-Service: efsmmfordconsumer@efsmmlaw.com

   Attorneys for Defendant
   FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KEITH SULLIVAN, an individual; MKS SPECIALITY FINISHES INC.<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 5:25-cv-01917-DMG-JPR<br><br>Judge: Hon. Dolly M. Gee<br><br>**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Defendant Ford Motor Company ("Ford") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. Ford will pay to Plaintiffs and Plaintiffs' current counsel of record MATTHEW KEITH SULLIVAN and MKS SPECIALITY FINISHES INC. (collectively, "Plaintiffs") the sum of $90,364.81 (Ninety thousand Three hundred and Sixty-four dollars and Eighty-one cents). This amount represents the repurchase of the 2021 Ford F-150 (VIN# 1FTFW1ED1MFC63742), including all incidental and consequential damages, and civil penalties, if any. Plaintiffs agree to provide Ford with the current payoff information for the subject vehicle. This payment is offered in compromise of Plaintiffs' claims and may be more or less than what Plaintiffs would recover if Plaintiffs' claims were tried in court. Ford will pay this amount, to Plaintiffs and Plaintiffs' counsel of record, within 60 days from acceptance of this Offer. Ford will pay any loan balance on the vehicle directly to the lienholder within seven (7) days after Plaintiffs' surrender of the vehicle to Ford or its designee, as described in Paragraph 3.

2. As part of this Offer, Ford offers to permit judgment to be entered solely upon the terms of paragraph 1, and Plaintiffs shall retain the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). In ruling on Plaintiffs' fee/cost motion(s), the attorney fees, expenses and costs shall be calculated as if Plaintiffs were found to have prevailed in this action under section 1794(d) of the California Code of Civil Procedure as of the date of this offer of judgment. Ford expressly reserves all defenses to Plaintiffs' fee/costs motion(s). Plaintiffs may recover for attorney fees and costs reasonably and actually incurred in bringing such a fee/cost motion(s). Ford will pay the attorney fees and cost amounts determined by the Court within 45 days' written notice of entry of the Court's ruling awarding these amounts.

3. Plaintiffs will surrender the vehicle to Ford on a date, time and place mutually agreeable no later than 60 calendar days after the parties' counsel have accepted this Offer. Plaintiffs will surrender the vehicle with clear title, free and clear of all liens and encumbrances, other than the lender of record, to Ford or its designee. Plaintiffs will also execute whatever documents are necessary to effectuate the transfer of the vehicle to Ford.

4. Plaintiffs will file a Stipulation of Dismissal, with prejudice as to all claims and causes of action, when the Plaintiffs' attorney fees discussed in paragraph 2 have been resolved and within 14 days after Ford tenders the final amounts due to Plaintiffs and Plaintiffs' counsel. Plaintiffs are not required to execute any separate release of claims.

5. This Offer is inclusive of all damages, restitution, costs, attorney fees, expenses, penalties, prejudgment interest, postjudgment interest, and any other sums or amounts or claims that have been asserted by Plaintiffs in this action. If this Offer is accepted, Plaintiffs shall not be entitled, except as specified in paragraphs 1 and 2, to seek damages, costs, attorney fees, expenses, penalties, prejudgment interest, postjudgment interest, or any other sums or amounts or claims in this action.

6. Pursuant to Federal Rules of Civil Procedure Rule 68, this Offer can be accepted by signing a statement that the offer is accepted. Set forth below is a statement indicating acceptance of this Offer that may be signed by counsel for Plaintiffs. If this offer is not accepted and notice given by Plaintiffs within the 14-day time period provided by Rule 68 of the Federal Rules of Civil Procedure, then it shall be deemed withdrawn.

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 68, if this Offer is not accepted and Plaintiffs fail to obtain a more favorable judgment, Plaintiffs shall not recover post-offer costs, including attorney fees from the date of this Offer, and shall be required to pay Ford's costs from the time of the offer. Further, the Court, in its discretion, may require Plaintiffs to pay a reasonable sum to cover Ford's post-offer costs of the services of Ford's expert witnesses, who are not regular employees of any party, actually incurred and reasonably necessary in either, or both, the preparation or trial of this case by Ford

Dated: September 3, 2025      EVANS FEARS SCHUTTERT MCNULTY MICKUS

_____
Elizabeth V. McNulty
Christine Diaz Reynolds
Samantha M. Geraghty
Attorneys for Defendant
FORD MOTOR COMPANY

We hereby accept the above offer on the terms stated on behalf of Plaintiffs.

Dated:  September 23, 2025      HASHEMI LAW FIRM APC.

_____
Babak Hashemi
Attorneys for Plaintiffs
MATTHEW KEITH SULLIVAN &
MKS SPECIALITY FINISHES INC

Evans Fears Schuttert McNulty Mickus
1 Park Plaza, Suite 500
Irvine, CA 92614

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1 Park Plaza, Suite 500, Irvine, CA 92614.

On September 3, 2025, I served, in the manner indicated below, the foregoing document described as:

**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

on the interested parties in this action as follows:

☒  **BY ELECTRONIC TRANSMISSION:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 3, 2025, I checked the CM/ECF docket for this proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below.

| Babak Hashemi, Esq.<br>**HASHEMI LAW FIRM APC**.<br>26100 Towne Centre Drive<br>Foothill Ranch, CA 92610<br>PH: (949) 464-8529<br>FX: (949) 259-4548<br><br>BHashemi@TheHashemiLawFirm.com | Attorneys for Plaintiffs<br>**MATTHEW KEITH SULLIVAN &<br>MKS SPECIALITY FINISHES INC** |
|---|---|

☒  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 3, 2025 at Irvine, California.

*Dana Britanico*
Dana Britanico

## CERTIFICATE OF SERVICE

I, Babak Hashemi, an attorney admitted to practice before this Court, do hereby certify that on October 27, 2025 I caused a copy of the foregoing **NOTICE OF SETTLEMENT** to be served electronically and through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

Dated: October 27, 2025      By: */s/ Babak Hashemi*
                                  Babak Hashemi, Esq.