# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Matthew Keith Sullivan, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF | ED CV 25-1917-DMG (JPRx) |
| v. | |
| Ford Motor Company, et al., | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on October 27, 2025 as docket number 14 (the "Offer of Judgment"), judgment is hereby entered for

Matthew Keith Sullivan and MKS Specialty Finishes Inc.

and against

Ford Motor Company

according to the terms set forth in the Offer of Judgment.
Within 14 days of entry of judgment, the Parties may file a Stipulation and Proposed Order regarding a briefing schedule for any Motion for Attorneys' Fees.

Date: October 30, 2025

By: *[signature: Dolly M. Gee]*
United States District Judge

CV-140 (02/21)                    JUDGMENT